**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Carrillo,<br><br>          Plaintiff,<br><br>v.<br><br>Chase Bank, et al.,<br><br>          Defendants. | No. CV-25-02674-PHX-SHD<br><br>**ORDER** |

      Plaintiff Judy Carrillo filed this suit naming as defendants over 300 domestic and international financial institutions and auto manufacturers, including Chase Bank, Tesla, and BMO Harris Bank. (Doc. 1.) Carrillo's Complaint asserts claims for "fraud with religious + voter records," and a wide variety of other crimes and civil wrongs. (Doc. 1 at 3.) The allegations set forth in the Complaint are difficult to determine but range from Defendants engaging in "deceptive business practices, concealment, embezzlement" to "slavery conspiracy" and "sex trafficking". (Doc. 1 at 3.) Further, Carrillo alleges Defendants committed tax crimes including "tax fraud, tax evasion, terrorism, conspiracy to financ[e]ing terrorism." *Id.* Carrillo seeks "35 trillion reparations only", a sum that is "non-negotiable" for "systemic corruption and abuses of office to steal and benefit themselves, or others." (Doc. 1 at 4.) "A patently insubstantial complaint may be dismissed . . . for want of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)." *Neitzke v. Williams*, 490 U.S. 319, 327 n.6 (1989). Allegations that the numerous Defendants are conspiring to commit such serious crimes as "murder for hire"

1 | are patently insubstantial.
2 | Accordingly,
3 |     **IT IS ORDERED** the Complaint (Doc. 1) is DISMISSED WITHOUT LEAVE
4 | TO AMEND. The Clerk of Court shall close this case.
5 |     **IT IS FURTHER ORDERED** the Application (Doc. 2) is DENIED AS MOOT.
6 |     Dated this 5th day of August, 2025.

_____
Honorable Sharad H. Desai
United States District Judge